Donald K. McLean, AKSB No. 0403006
Robert D. Sykes, AKSB No. 1809074
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076

Attorneys for NW Bend Boats, LLC d/b/a North River Boats

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATMAI WATER TAXI, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NW BEND BOATS, LLC d/b/a<br>NORTH RIVER BOATS,<br><br>Defendant.<br><br>TRAVELERS PROPERTY CASUALTY<br>COMPANY OF AMERICA,<br><br>Plaintiff in Intervention,<br><br>v.<br><br>NW BEND BOATS, LLC d/b/a<br>NORTH RIVER BOATS,<br><br>Defendant. | IN ADMIRALTY<br><br>NO. 3:21-cv-00110-TMB |

## **AGREED MOTION TO DISMISS**

The Parties respectfully submit and represent all claims have been settled and should be dismissed with prejudice and without costs to any party.

AGREED MOTION TO DISMISS
Case Number: 3:21-cv-00110-TMB
Page 1 of 2

Dated this 24th day of May, 2022.

| CHAMBERLAIN HRDLICKA | BAUER MOYNIHAN & JOHNSON LLP |
|---|---|
| /s/ Michael Feibus (per email authority) | /s/ Robert D. Sykes |
| Michael Feibus, *pro hac vice* | Robert D. Sykes, AKSB No. 1809074 |
| Attorney for Plaintiff | Attorney for Defendant |

GIBSON ROBB & LINDH LLP

/s/ Joshua Southwick (per email authority)
Joshua Southwick, *pro hac vice*
Attorney for Intervenor

## **ORDER**

It is so ordered.

Dated this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

ATTORNEYS AT LAW
BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076